Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**FEBRUARY 2022**      **001147**

E-Filing Number: 2202022033

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| KELLY BOYLE | TRAVELERS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 159 N. WALNUT TERRACE LANGHORNE PA 19047 | ONE TOWER SQUARE HARTFORD CT 06183 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | THE TRAVELERS INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | ONE TOWER SQUARE HARTFORD CT 06183 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | THE TRAVELERS COMPANIES, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | ONE TOWER SQUARE HARTFORD CT 06183 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal ☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less ☒ More than $50,000.00 | ☐ Arbitration ☒ Jury ☐ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Settlement ☐ Minors ☐ W/D/Survival |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED PRO PROTHY** FEB 10 2022 **S. RICE** | YES        NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: KELLY BOYLE

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| LEE D. ROSENFELD | MESSA & ASSOCIATES PC 123 SOUTH 22ND STREET PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)568-3500 | (215)568-3501 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 76081 | leerosenfeldgroup@messalaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *LEE ROSENFELD* | Thursday, February 10, 2022, 12:54 pm |

**EXHIBIT**

tabbies

**A**

ved by the Prothonotary Clerk)

MESSA & ASSOCIATES, P.C.
By:   Lee D. Rosenfeld, Esquire
        Graham R. Bickel, Esquire
Attorney I.D. Nos. 76081/322811
123 South 22nd Street
Philadelphia, PA 19103
(215) 568-3500 / FAX: (215) 568-3501
ldr@messalaw.com
gbickel@messalaw.com

This is a Major Case Filed and Attested by the Office of Judicial Records 10 FEB 2022 02:54 pm

Jury Trial Demanded

Attorneys for Plaintiff

KELLY BOYLE, f/k/a KELLY MCGINTY     :
159 N. Walnut Terrace                            :
Langhorne, PA 19047                             :
                                    Plaintiff,      :
                                                        :
        v.                                            :
                                                        :
TRAVELERS                                       :
One Tower Square                               :
Hartford, CT 06183                             :
        And                                         :
THE TRAVELERS INSURANCE         :
COMPANY                                        :
One Tower Square                               :
Hartford, CT 06183                             :
        And                                         :
THE TRAVELERS COMPANIES, INC.   :
One Tower Square                               :
Hartford, CT 06183                             :
                                    Defendants.   :
                                                        :

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2022

NO.

## NOTICE TO DEFEND (CONTINUED)

| | |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demando a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) diás de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP." | LLEVE ESTA DEMANDA A UN AGOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL." |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, PA 19107<br>(215) 238-6333<br>TTY (215) 451-6197 | Asociacion de Licenciados de Filadelfia<br>Servicio de Referencia e Informacion Legal<br>One Reading Center, Philadelphia, PA 19107<br>(215) 238-6333 | TTY (215) 451-6197 |

Case ID: 220201147

MESSA & ASSOCIATES, P.C.
By:   Lee D. Rosenfeld, Esquire
        Graham R. Bickel, Esquire
Attorney I.D. Nos. 76081/322811
123 South 22nd Street
Philadelphia, PA 19103
(215) 568-3500 / FAX: (215) 568-3501
ldr@messalaw.com
gbickel@messalaw.com

This is a Major Case

Jury Trial Demanded

Attorneys for Plaintiff

| | |
|---|---|
| **KELLY BOYLE, f/k/a KELLY MCGINTY**<br>159 N. Walnut Terrace<br>Langhorne, PA 19047<br><div align="right">Plaintiff,</div><br>v.<br><br>**TRAVELERS**<br>One Tower Square<br>Hartford, CT 06183<br>        And<br>**THE TRAVELERS INSURANCE COMPANY**<br>One Tower Square<br>Hartford, CT 06183<br>        And<br>**THE TRAVELERS COMPANIES, INC.**<br>One Tower Square<br>Hartford, CT 06183<br><br><div align="right">Defendants.</div> | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>FEBRUARY TERM, 2022<br><br>NO. |

## CIVIL ACTION – COMPLAINT

Plaintiff Kelly Boyle, by and through her undersigned counsel, by way of Complaint, hereby states the following:

1.      Plaintiffs Kelly Boyle and Francis Boyle, wife and husband, are adult individuals and citizens of the Commonwealth of Pennsylvania residing at the above-captioned address..

2.      Defendant Travelers is a Minnesota corporation that is licensed to underwrite insurance in the Commonwealth of Pennsylvania with an address of One Tower Square, Hartford, CT 06183.

3.      Defendant The Travelers Insurance Company is a Minnesota corporation that is licensed to underwrite insurance in the Commonwealth of Pennsylvania with an address of One Tower Square, Hartford, CT 06183.

4.      Defendant The Travelers Companies, Inc. is a Minnesota corporation that is licensed to underwrite insurance in the Commonwealth of Pennsylvania with an address of One Tower Square, Hartford, CT 06183.

5.      At all relevant times hereto, Defendants regularly conducted business within the City and County of Philadelphia.

6.      At all relevant and material times, Defendants acted by and through their officers, managers, brokers, employees and/or agents who were under their control and/or subject to their right to control such that Defendants are vicariously liable for their conduct.

7.      At all relevant times herein Defendants underwrote a policy of insurance (the "Travelers Insurance Policy") that provided automobile insurance for Plaintiff, and said insurance policy provided Underinsured Motorist ("UIM") coverage to Plaintiff. A copy of the Travelers Insurance Policy is attached hereto as Exhibit "A."

8.      On or about May 15, 2018, Plaintiff operated Plaintiff's vehicle and was involved in a collision with a vehicle operated by Gehad Youssef in the area of the 4000 block of Hulmeville Road in Bensalem, PA.

9.      The collision was caused by the negligence of Mr. Youssef and was caused in no part, whatsoever, to the negligence of Plaintiff.

Case ID: 220201147

10.    As a result of the collision, Plaintiff suffered serious and permanent injuries, including left foraminal tear at L4-5 with disc bulge, disc bulge at L5-S1, cauda equina syndrome, and strains/sprains to the cervical, thoracic, and lumbar areas of the spine.

11.    Plaintiff previously brought an action against Mr. Youssef, and prior to settling that action, Plaintiff obtained consent to settle from Defendants.

## COUNT I
## PLAINTIFF KELLY BOYLE V. DEFENDANTS
## UNDERINSURED MOTORIST BENEFITS

12.    Plaintiff incorporates by reference herein all above allegations as though the same were more fully set forth at length.

13.    Mr. Youssef did not maintain sufficient limits of liability insurance regarding his collision with Plaintiff, as set forth above.

14.    At the time of the collision, Plaintiff was insured under the Travelers Insurance Policy.

15.    In accordance with the terms and conditions of the Travelers Insurance Policy, Defendants provide UIM coverage to Plaintiff regarding this collision.

16.    Pursuant to the terms and conditions of the Travelers Insurance Policy, Plaintiff is entitled to receive UIM benefits for the injuries and losses that she sustained as a result of these collisions.

17.    To date, despite its obligation to provide UIM benefits to Plaintiff for the collision, Defendants have failed to pay the UIM benefits that Plaintiff is entitled to receive.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of $50,000.00 together with interest, costs, and any other relief that this Court deems just and proper.

Case ID: 220201147

## COUNT II
## PLAINTIFF KELLY BOYLE V. DEFENDANTS
## BAD FAITH

18.    Plaintiff incorporates the preceding paragraphs as if they were set forth herein at

length.

19.    Defendants had a duty under their contract of insurance as well as under

Pennsylvania law to provide the full UIM policy coverage limits to Plaintiff.

20.    Defendants have refused to do so in violation of their contract with Plaintiff and

Pennsylvania law.

21.    Defendants have acted in bad faith by refusing to, in good faith, properly and

fairly evaluate said claim and tender the full UIM policy limits.

22.    The actions of Defendants constitute bad faith as defined under 42 Pa.C.S.A. § 8371

as follows:

      (a)    Failing to objectively and fairly evaluate Plaintiff's claim;

      (b)    Failing to promptly evaluate Plaintiff's claim;

      (c)    Failing to objectively and fairly reevaluate Plaintiff's claim;

      (d)    Engaging in dilatory and abusive claims handling;

      (e)    Failing to adopt or implement reasonable standards in evaluating Plaintiff's claim;

      (f)    Acting unreasonably and unfairly in response to Plaintiff's claim;

      (g)    Failing to act in good faith to effectuate a fair, prompt and equitable settlement of Plaintiff's claim;

      (h)    In refusing to tender its policy limits;

      (i)    Subordinating the interests of its insured to its own financial monetary interests;

      (j)    Failing to promptly offer reasonable payment to Plaintiff;

Case ID: 220201147

(k)    Failing to reasonably and adequately evaluate or review the medical documentation in Defendant's possession;

(l)    Violating the fiduciary duty owed to Plaintiff;

(m)    Acting unreasonably and unfairly by withholding UIM benefits justly due and owing to Plaintiff;

(n)    Failing to make an honest, intelligent, and objective settlement offer;

(o)  .  Compelling its insured to file a lawsuit and engage in litigation when a less costly and less time-consuming method of resolving a dispute between the Plaintiff and Defendant exists;

(p)    Compelling Plaintiff to litigate her claim to recover amounts due under the insurance policy;

(q)    Causing Plaintiff to expend money in presentation of her claim;

(r)    Causing Plaintiff to bear stress and anxiety associated with litigation; and

(s)    Forcing Plaintiff to file this lawsuit and incur various expenses associated with the litigation of the claim.

23.    Defendants knew or should have known that it owed the full UIM policy limits to

Plaintiff, yet Defendants refused to adjust the claim, and by doing so are acting in bad faith.

24.    For the reasons set forth above, Defendants have violated the policy of insurance

and its obligations as insurers, have failed to act toward the Plaintiff in good faith, and have

violated 42 Pa.C.S.A § 8371 for which Defendants are liable for compensatory and punitive

damages, together with interest, attorney fees, and any other relief as the Court deems

appropriate.

Case ID: 220201147

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of $50,000.00 together with interest, costs, and any other relief that this Court deems just and proper.

MESSA AND ASSOCIATES, P.C.

By: /s/ *Lee D. Rosenfeld*

Dated: February 10, 2022

Lee D. Rosenfeld, Esquire
Graham R. Bickel, Esquire
*Attorneys for Plaintiff*

Case ID: 220201147

## VERIFICATION

I, _Kelly MaGinty_, Plaintiff herein, make this Verification and state that the statements made in the foregoing are true and correct to the best of my knowledge, information, and belief.

I, the undersigned, understand that the statements therein are made subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities.

Dated: _2/10/22_

_____ Signature